TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00604-CR

Jeannetta Smith, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-95-0554-S, HONORABLE DICK ALCALA, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for retaliation. Appellant has filed a
motion to withdraw the appeal. No decision of this Court has been delivered. The motion is granted and
the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: March 27, 1997

Do Not Publish